UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| ADVANCE DESIGN & CONSTRUCTION, INC., a Nebraska corporation, | CIV. NO. 8:06-CV-00736 |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| DOUGLAS D. HAYS and COURTNEY KLINE-HAYS, Individuals, and DICK LIND BUILDERS, INC., a Nebraska corporation, | |
| Defendants. | |
| DOUGLAS D. HAYS and COURTNEY KLINE-HAYS, Individuals, | |
| Cross-Claimants, | |
| v. | |
| DICK LIND BUILDERS, INC., | |
| Cross-Claim Defendant. | |
| DOUGLAS D. HAYS and COURTNEY KLINE-HAYS, Individuals, | |
| Third-Party Plaintiffs, | |
| v. | |
| DAN KERNS, an Individual, and RANDY K. MEYER, d/b/a MEYER & ASSOCIATES, | |
| Third-Party Defendants. | |

PURSUANT TO STIPULATION AND AGREEMENT by and between the Plaintiff, Advance Design & Construction, Inc., and Defendants Douglas D. Hays; Courtney Kline-Hays; Dick Lind Builders, Inc.; Dan Kerns; and Randy Meyer, d/b/a Meyer &

Associates (hereinafter collectively referred to as the "Parties") by and through their respective counsel of record, and the Court being fully advised in the premises,

IT IS ORDERED, ADJUDGED AND DECREED that the above-captioned lawsuit, including each claim, cross-claim, and third party claim between the Parties are hereby dismissed with prejudice, each party to pay their own costs, complete record waived.

Dated this 5th day of June, 2007.

BY THE COURT:


s/ Joseph F. Bataillon
Chief Judge


Prepared and submitted by:
DAMIEN J. WRIGHT #23256
WELCH LAW FIRM, P.C.
1299 FARNAM ST., SUITE 1220
OMAHA, NE  68102

**00-102-05**